PROB 12A
(7/93)

# United States District Court

for

District of New Jersey

## STATUS UPDATE

Name of Offender: Keneth Gadiel Lopez-Falcon            Cr.: 19-00085-001
                                                                                                                        PACTS #: 3443261

Name of Sentencing Judicial Officer:    THE HONORABLE JOHN E. STEELE
                                                     SENIOR UNITED STATES DISTRICT JUDGE (MD/FL)

Name of Assigned Judicial Officer:      THE HONORABLE BRIAN R. MARTINOTTI
                                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/26/2015

Original Offense:    Conspiracy to Possess with Intent to Distribute Five or More Kilograms of Cocaine, 21 U.S.C. § 841 (a)(1), 841(b)(1)(a)(ii)(ll) and 846

Original Sentence: 57 months imprisonment, 60 months supervised release

Special Conditions: $100 - Special Assessment, Substance Abuse Testing/Treatment, and Collection of DNA

Type of Supervision: Supervised Release                       Date Supervision Commenced: 01/10/2019

## STATUS UPDATE/ SUMMARY

On May 5, 2021 Keneth Lopez-Falcon was admitted into the New Jersey Department of Health Medical Marijuana Program. All pertinent supporting documentation including medical reports were received and reviewed.

While under supervision Lopez-Falcon has submitted three drug test results all of which yielded negative results for illicit substances.  Documents submitted by Mr. Lopez-Falcon notes he experiences chronic pain related to a musculoskeletal disorders.

**U.S. Probation Office – Requested Action:**

The Probation Office is notifying the Court of the individual's admittance into this program and requests input pertaining to the drug testing and treatment special condition.

                                                                  Respectfully submitted,

                                                                  SUSAN M. SMALLEY, Chief
                                                                  U.S. Probation Officer

                                                                  *Elisa Martinez*

                                                                 By:   ELISA MARTINEZ
                                                                      Supervising U.S. Probation Officer

Prob 12A – page 2
Keneth Gadiel Lopez-Falcon

PREPARED BY:

*Brendan G. Murillo*          03/09/2022
BRENDAN G. MURILLO            Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[XX]  The Court APPROVES of the individual's admittance into the state's medical marijuana program and marijuana (THC) will be omitted from the drug-testing regiment.

[ ]  The Court DOES NOT APPROVE of the individual's admittance into the state's medical marijuana program and the Probation Office will continue testing for THC.

[ ]  Other

_____
Signature of Judicial Officer

March 10, 2022
_____
Date